

USAO No. 2000Z00032

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION |
| Plaintiff, | * | NO. 00-0413 |
| v. | * | SECTION: "S"(5) |
| LILLIAN B. BARNES | * | |
| Defendant. | * | |

\* \* \*

### STIPULATION FOR CONSENT JUDGMENT

IT IS HEREBY STIPULATED by and between the United States of America, plaintiff, and the defendant, Lillian B. Barnes, as follows:

I.

Judgment by consent be entered in this proceeding in favor of the United States of America and against Lillian B. Barnes, in the amount of $5,901.30, plus interest accruing on $1,258.99 at the interest rate established by the Department of Education pursuant to 20 U.S.C. § 1077a from January 6, 2000, to date of judgment; plus interest accruing on $2,831.98 at the rate of 8 percent per annum or the daily rate of $0.62 from January 6, 2000, to date of

DATE OF ENTRY
APR 1 4 2000



judgment, and interest from date of judgment until paid in full at the Treasury bill rate, 28 U.S.C. § 1961; and the costs of this proceeding.

II.

Plaintiff, United States of America, and the defendant, Lillian B. Barnes, waive the entry of findings of fact and conclusions of law under Rule 52 of the Federal Rules of Civil Procedure and consent to the entry of the judgment annexed hereto.

III.

This agreement shall not constitute evidence or an admission or adjudication of any allegations of the Complaint, or of any liability on the part of the defendant.

IV.

No representations, other than those contained in this Stipulation were made by the plaintiff or its staff to induce the defendant to enter into this Stipulation or to consent to the entry of judgment.

New Orleans, Louisiana, this 11th day of April, 2000.

                              Respectfully submitted,

                              EDDIE J. JORDAN, JR.
                              United States Attorney

                              _____
                              ENEID A. FRANCIS (5816)
                              Assistant United States Attorney
                              Hale Boggs Federal Building
                              501 Magazine Street, Second Floor
                              New Orleans, Louisiana 70130
                              Telephone: (504) 680-3060

                              _____
                              LILLIAN B. BARNES
                              Defendant

2

USAO No. 2000Z00032

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| Plaintiff, | * | NO. 00-0413 |
| v. | * | SECTION: "J" (5) |
| **LILLIAN B. BARNES** | * | |
| Defendant. | * | |
| * * * | | |

**CONSENT JUDGMENT**

Plaintiff United States of America and the defendant, Lillian B. Barnes, having entered into, executed and filed into this record a Stipulation for Consent Judgment, it is hereby:

ORDERED, ADJUDGED and DECREED that Judgment of Consent be entered in this proceeding in favor of the United States of America and against Lillian B. Barnes, in the amount of $5,901.30, plus interest accruing on $1,258.99 at the interest rate established by the Department of Education pursuant to 20 U.S.C. § 1077a from January 6, 2000, to date of judgment; plus interest accruing on $2,831.98 at the rate of 8 percent per annum or the daily rate of $0.62 from January 6, 2000, to date of judgment, and interest from

date of judgment until paid in full at the Treasury bill rate, 28 U.S.C. § 1961; and the costs of this proceeding.

New Orleans, Louisiana, this __14__ day of __April__, 2000.

                                      UNITED STATES DISTRICT JUDGE

APPROVED:

ENEID A. FRANCIS (5816)
Assistant United States Attorney
Hale Boggs Federal Building
501 Magazine Street, Second Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3060

LILLIAN B. BARNES
Defendant

2