
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 SEP 27 AM 11: 48

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**MOORE, M.J.**
**September 26, 2001**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CIVIL ACTION |
| **VERSUS** | * | NO: 00-0413 |
| **LILLIAN B. BARNES** | * | SECTION: "S"(5) |

### HEARING ON MOTIONS

APPEARANCE(S):   Ms. Kandace Zelaya, Assistant United States Attorney for the Government

Lillian B. Barnes, In Proper Person

MOTION(S):

(1)   MOTION TO EXAMINE JUDGMENT DEBTOR

### ORDERED

The judgment debtor was sworn before the court. Thereafter, Ms. Barnes was ordered to appear before the Assistant U.S. Attorney or members of her staff to conduct the judgment debtor examination. Subsequently, Ms. Rosanne Alford, Debt Collection Agent from the U. S. Attorney's Office informed the court that the judgment debtor examination has been **SATISFIED**.

LOUIS MOORE, JR.
United States Magistrate Judge

**CLERK TO NOTIFY COUNSEL**

DATE OF ENTRY

SEP 27 2001