**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Louisiana*

---

*Financial Litigation Unit*      Hale Boggs Federal Building     Telephone : (504) 680-3000
501 Magazine Street, Second Floor   Fax : (504) 589-3602
New Orleans, LA 70130

August 28, 2002

Loretta G. Whyte
Clerk, United States District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, Louisiana 70130

       Re:   United States v. Lillian B. Barnes
             Civil Action No. 00-0413 "S" (5)

Dear Mrs. Whyte:

     The judgment rendered against the defendant in the above-referenced case has been satisfied. Please mark the docket sheet "satisfied" and provide this office with two Satisfaction of Judgment forms.

     Your assistance is appreciated.

                            Very truly yours,

                            JIM LETTEN
                            UNITED STATES ATTORNEY

                            ENEID A. FRANCIS
                            Assistant United States Attorney
                            Chief, Civil Division

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

LORETTA G. WHYTE
CLERK

500 CAMP ST., ROOM C-151
NEW ORLEANS, LA 70130

August 29, 2002

USA

VS

LILLIAN B. BARNES

CASE NO. C.A. 00-0413

SECTION S (5)

I, Loretta G. Whyte, Clerk of the United States District Court for the Eastern District of Louisiana, do hereby certify that on August 29, 2002 the Plaintiff filed satisfaction of the docket and the Clerk of this Court entered satisfaction of the judgment in this matter, which satisfaction is in the words and figures following, to wit:

"Docket satisfied as per satisfaction of the
docket filed by plaintiff on August 29, 2002

Loretta G. Whyte, Clerk

By: __Isidore Grisoli__, Deputy Clerk

Witness my hand and seal of said Court at the City of New Orleans, Louisiana, this  29 day of August, 2002 A.D."

LORETTA G. WHYTE, CLERK

By _____
        Deputy Clerk